UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE PIATELLI COMPANY, INC., et al., ) | 3:12-cv-00225-RCJ-WGC | |
| Plaintiffs, ) | **MINUTES OF THE COURT** | |
| vs. ) | May 28, 2014 | |
| ALAN CHAMBERS, et al., ) | | |
| Defendants ) | | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

	Before the Court is Plaintiffs' Motion to Unseal Transcript; Motion to Allow Submission of Draft Settlement Agreement Under Seal. (Doc. # 50.)  Plaintiffs request that the sealed recording concerning the settlement agreement reached on May 7, 2014, be unsealed to allow a court reporter to transcribe Magistrate Judge McQuaid's canvassing of the parties as to the settlement reached. Plaintiffs' motion also seeks an order permitting the draft settlement agreement (which was submitted as Doc. # 50-1) to be filed under seal so the court and parties can refer to these documents in regard to Plaintiff's Motion to Enforce Settlement filed as Doc. # 49. (Doc. # 50 at 2, 3.)

	Although it appears to the court there is a certain inconsistency in unsealing the transcript of the settlement conference proceedings while lodging under seal the proposed settlement agreement which purportedly was predicated upon those same proceedings, nevertheless, with good cause appearing, Plaintiffs' motion (Doc. # 50) is **GRANTED**, as follows:

///

///

MINUTES OF THE COURT
3:12-cv-00225-RCJ-WGC
Date:  May 28, 2014
Page 2
_____

     (1)  The recording pertaining to the settlement conference of May 7, 2014, is **UNSEALED** for the preparation of a transcript. However, access to this transcript, for the time being at least, will be available <u>only</u> to the court, the parties and their counsel herein. The parties will each have to order and pay for their copies.[1]

     (2) The motion to file the draft settlement agreement (Doc. # 50-1) under seal is **GRANTED.**

     **IT IS SO ORDERED.**[2]

                                     LANCE S. WILSON, CLERK

                                     By:        /s/
                                              Deputy Clerk

---

[1] The transcript order form may be found on the court's website at www.nvd.uscourts.gov/Forms/aspx (Form no: AO 435).

[2] Plaintiff's motion to enforce settlement (Doc. # 49) will be addressed by Recalled Magistrate Judge Robert A. McQuaid, Jr. The court clerk is directed to calendar a hearing on Plaintiff's motion before Judge McQuaid. The court anticipates the hearing will be scheduled for the week of June 9. The parties may therefore consider expediting their request for the preparation of the transcript.