UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

THE PIATELLI COMPANY, INC., a California corporation, *et al.,*

Plaintiffs,

v.

ALAN CHAMBERS and LAURA CHAMBERS, *et al.,*

Defendants.

CASE NO.: 3:12-CV-00225-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #63) entered on July 7, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiffs' Motion to Enforce Settlement (ECF #49) and dismiss the case with prejudice, retaining jurisdiction to enforce the settlement. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #63).

IT IS HEREBY ORDERED that Plaintiffs' Motion to Enforce Settlement (ECF #49) is GRANTED. The Court shall retain jurisdiction to enforce settlement.

///

1      IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. The
2  Clerk of the Court shall close the case.
3      IT IS SO ORDERED this 13th day of August, 2014.

```
                              _____
                              ROBERT C. JONES
                              UNITED STATES DISTRICT JUDGE
```